**James Odis SOWELL, Jr.,**
**Plaintiff-Appellant,**

v.

**Joshua WALSH, Defendant-Appellee,**

**and**

**Amanda Craig; James P. Dornfried,**
**Defendants.**

**No. 17-6083**

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

James Odis Sowell, Jr., Appellant Pro Se. Kimberly Martin Rehberg, CITY ATTORNEY'S OFFICE, Durham, North Carolina, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Odis Sowell, Jr., appeals the district court's order accepting the magistrate judge's recommendation to grant Joshua Walsh's summary judgment motion, and deny Sowell's summary judgment motion in Sowell's 42 U.S.C. § 1983 (2012) action. We have considered Sowell's arguments on appeal and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sowell v. Walsh*, No. 1:15-cv-00757-LCB-JLW (M.D.N.C. Dec. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*